**CHICAGO, R. I. & P. R. CO. v. EXCISE BOARD OF POTTAWATOMIE COUNTY.**

No. 25581.   Jan. 8, 1935.

W. R. Bleakmore, W. L. Farmer, John Barry, and Robert E. Lee, for plaintiff in error.

Clarence Tankersley, for defendant in error.

PER CURIAM. In accordance with the opinion in the case of Lowden et al. v. Excise Board of Pittsburg County, No. 25479, 170 Okla. 181, 40 P. (2d) 16, this cause is reversed and remanded, with directions to the Court of Tax Review to enter judgment in accordance with the stipulation as follows:

"It is stipulated and agreed that since this appeal was perfected the questions of law raised in each assignment of error have been determined by this court as contended for by the plaintiff in error that the issues involved in this appeal are controlled by the decision of this court in the case of in cause No. 25203, entitled School District No. 33, Choctaw County, Oklahoma, v. A. W. Trice et al., opinion filed in this court on February 16, 1934, and petition for rehearing later denied (168 Okla. 344, 32 P. [2d] 906).

"It is agreed on account of the decision in said Choctaw County Case, supra, the judgment of the Court of Tax Review in the case at bar is error and this cause should be reversed.

"It is therefore agreed that said cause may be reversed and remanded to the trial court, with directions to sustain each of the items of protest set up in the four assignments of error in this appeal upon the authority of the decision of this court in said Choctaw County Case, supra."

**CHICAGO, R. I. & P. R. CO. v. EXCISE BOARD OF STEPHENS COUNTY.**

No. 25582.   Jan. 8, 1935.

W. L. Farmer and Bleakmore, Barry, Farmer & Lee, for plaintiff in error.

Jerome Sullivan, Co. Atty., and Arthur J. Marmaduke, Asst. Co. Atty., for defendant in error.

PER CURIAM. In accordance with the opinion in cause No. 25479, Lowden et al. v. Excise Board of Pittsburg County, 170 Okla. 181, 40 P. (2d) 16, this cause is reversed and remanded with directions to the Court of Tax Review to enter judgment in accordance with the stipulation as follows:

"It is stipulated and agreed that since this appeal was perfected, the only question of law involved in this appeal has been settled by this court in the opinion of this court in cause No. 25203, entitled School District No. 33, Choctaw County, Oklahoma, v. A. W. Trice et al., opinion filed February 16, 1934, and petition for rehearing later denied (168 Okla. 344, 32 P. [2d] 906. It is agreed that the same question of law involved in that case is involved in the present case, and that the decision in said cause is in favor of the contention of the plaintiff in error in the case at bar.

"It is therefore stipulated and agreed that there was error of the trial court in denying the relief sought by plaintiff in error as to the matters involved in this appeal, and that the judgment of the trial court should be reversed, with directions that the tax levies involved in this appeal be fixed as contended for by the plaintiff in error herein."